IN THE DISTRICT COURT OF DOUGLAS COUNTY, KANSAS
CIVIL DEPARTMENT

**KYLIE M. BURTON,**

          **Plaintiff,**         Case No. _____

vs.                             Division No. _____

**SOL SUTTIMANEE,**                 Chapter 60

          **Defendant.**

## PETITION PURSUANT TO CHAPTER 60

COMES NOW the plaintiff, Kylie M. Burton, by and through counsel, and for her cause of action against defendant, Sol Suttimanee, alleges and states as follows:

1. At all times relevant hereto, Plaintiff Kylie M. Burton, was a resident of Douglas County, Kansas.

2. At all times relevant hereto, Defendant Sol Suttimanee, was a resident of Jackson County, Missouri.

3. The incident out of which this cause of action arose occurred in Lawrence, Douglas County, Kansas. Jurisdiction and venue properly reside herein.

4. On or about October 3, 2016, plaintiff was operating her 1994 Honda Accord in an eastbound direction on West 23rd Street and stopped for a red light at Haskell Avenue behind another stopped vehicle operated by Matthew T. Eber at the intersection of West 23rd Street and Haskell Avenue.

5. At the selfsame time and place, defendant was operating his 1995 Lexus S30 in the same eastbound direction on West 23rd Street approaching its intersection with Haskell Avenue and the stopped vehicles when he negligently, carelessly, and inattentively drove his vehicle into plaintiff's vehicle propelling it into the back of the Eber vehicle both initially and again, thereby causing the collision(s) set out herein.

6. At the aforementioned time and place, defendant also was operating his vehicle while under the influence. Defendant's actions in operating a motor vehicle while under the influence was wanton in nature.

7. As a result of defendant's negligent, careless, inattentive operation of his motor vehicle and his wanton conduct for which defendant is liable herein, plaintiff was caused to suffer bodily injuries and damages including but not limited to past and future pain, suffering, mental anguish, medical expenses and other damages, both economic and non-economic in nature.

WHEREFORE, plaintiff prays for damages and judgment against the defendant in an amount in excess of Seventy-Five Thousand Dollars ($ 75,000.00), the costs of this action and such other relief as the court deems just and proper.

Respectfully submitted,

*/s/ Jay Thomas*
Jay Thomas, Ks. No. 9083
THOMAS & BAYES-WEINER, LLC
10955 Lowell, Suite 710
P.O. Box 27307
Overland Park, KS 66225
Telephone: (913) 451-1616; Fax: (913) 322-0337

ATTORNEY FOR PLAINTIFF

**Demand For Trial By Jury**

COMES NOW the plaintiff and hereby demands a trial by jury herein.

*/s/ Jay Thomas*